IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELVIN PRICE, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:13-CV-0175-O |
| U.S. BANK NATIONAL ASSOCIATION, | § § § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiff Fabiola Price has timely filed an amended complaint as allowed by the recommendation, *Defendant U.S. Bank National Association's Motion to Dismiss*, filed January 22, 2013 (doc. 8), is **DENIED as moot.** This action will now proceed on the amended complaint as to Plaintiff only.

**SIGNED** this **2nd day** of **August, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE