**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MELVIN PRICE et al.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:13-cv-175-O |
| **U.S. BANK NATIONAL ASSOCIATION,** | § § § § | |
| Defendant. | § § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant U.S. Bank National Association's Motion to Dismiss (ECF No. 15) is hereby **GRANTED.** By separate judgment, all of Plaintiff's claims against Defendant will be dismissed with prejudice for failure to state a claim upon which relief can be granted.

**SO ORDERED** this **28th day of February, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE